# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY FORD and STEPHEN FORD, Individually and on behalf of all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> SECOND ROUND SUB LLC and QUANTUM3 GROUP LLC, </br></br> Defendants. | Civil Action No. 21-513 |

## JUDGMENT ORDER

AND NOW, this 6th day of March, 2024, the Court having granted the Motions for Judgment on the Pleadings filed by Defendants Second Round Sub, LLC and Quantum3 Group, LLC, and having dismissed with prejudice the claims alleged by Plaintiffs Stacy Ford and Stephen Ford against Defendants,

IT IS FURTHER ORDERED that final judgment of this Court is entered against Plaintiffs pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record